UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the _____ day of _____, 2015

DONNA DE CURTIS,

        Plaintiff-Appellee,

-against-

UPWARD BOUND INTERNATIONAL,
        Defendant,
SETH RUDMAN,
        Defendant,
LDA TRAVEL CORPORATION,
        Defendant,
THOMAS FERRANDINA,
        Defendant-Appellant.

**STIPULATION**
Docket No.: 13-2318

The undersigned counsel for the parties stipulate that the above- captioned case is withdrawn with prejudice without costs and without attorneys' fees pursuant to FRAP 42(b).

It is further stipulated that Plaintiff waives her entitlement to fees and costs for the withdrawn Second Circuit appeal only. This does not include any other appeals pending in the Second Circuit.

Dated: August ___, 2015

**HARFENIST KRAUT & PERLSTEIN**
*Attorneys for Defendant-Appellant*

Steven J. Harfenist

Dated: August 14, 2015
September

**VLADECK RASKIN & CLARK**
*Attorneys for Plaintiff-Appellee*

Valdi Licul